UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 18-cr-00246-09** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **ANGIE PEREZ** | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #251], and in the transcript previously filed herein, [Doc. #245] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #246], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **ANGIE PEREZ** on September 13, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 18th day of September, 2019.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**